FILED

05/02/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0686

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## DA 22-0686

| | |
|---|---|
| FRANCINE JANIK, TRENT BIGGERS, ANGEL MICHELE ADAMS, TERRY G. ROSS, AND LORI ANN DEHAAN, | |
| Plaintiffs/Appellees/Cross-Appellants, | **ORDER GRANTING EXTENSION OF TIME** |
| vs. | |
| TOWN OF WHITEHALL AND MONTANA MUNICIPAL INTERLOCAL AUTHORITY, | |
| Defendants/Appellants/Cross-Appellees. | |

Appellees/Cross-Appellants having filed an Unopposed Motion for Extension of Time to file a Combined Appellees and Cross-Appellants' Brief, and good cause appearing therefor;

IT IS HEREBY ORDERED that Appellees/Cross-Appellants are granted a 30-day extension up to and including June 7, 2023 to file a Combined Appellees and Cross-Appellants' Brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 2 2023